No. 52908.—Railway Express Agency *v.* United States, protest 123562–K (Galveston).

Opinion by JOHNSON, J.   At the trial it was established that the ultimate consignee had used but $141.55 of the $300 exemption allowed under the statute.   In view of the record presented, the claim of the plaintiff was sustained.